# DA'TEKENA BARANGO-TARIAH
Attorney at Law
25 Bond Street, 2nd floor
Brooklyn, NY 11201
Telephone: (718) 625-4200

*Revised Attorney Fees*

PAGE 1

Attorney fees and costs

Bryant Randolph v. Jimmy Polanco, et. al..

|  |  | HOURS | AMOUNT |
|---|---|---|---|
| 03/26/14 | CONSULTATION WITH MR. RANDOLPH | 2.00 | 750.00 |
| 03/27/14 | REVIEWING UNION AND MANHATTAN BEER AGREEMENT | ~~1.00~~ | 375.00 |
| 12/02/14 | DRAFTING COMPLAINT | 2 ~~3.00~~ | 1125.00 |
| 12/26/14 | REVIEWING NOTICE TO REMOVE PACKAGE | ~~2.00~~ | 750.00 |
| 12/31/14 | REVIEWING MOTION TO DISMISS | ~~1.00~~ | 375.00 |
| 01/05/15 | RESPONSE TO MOTION TO DISMISS | 2 ~~3.00~~ | 1125.00 |
| 01/07/15 | REPLY TO RESPONSE TO MOTION TO DISMISS | ~~1.00~~ | 375.00 |
| 01/09/15 | DRAFTING FIRST AMENDED COMPLAINT | ~~1.00~~ | 375.00 |
| 01/12/15 | DEFENDANTS' SECOND MOTION TO DISMISS | ~~1.00~~ | 375.00 |
| 01/16/15 | RESPONSE TO SECOND MOTION TO DISMISS | ~~3.00~~ | 1125.00 |
| 01/21/15 | LETTER TO COURT RE: ADJOURN CONFERENCE | 0.25 | 93.75 |
| 03/27/15 | CONFERENCE FOR MOTION TO DISMISS | 1.00 | 375.00 |
| 03/30/15 | DRAFTING SECOND AMENDED COMPLAINT | ~~1.00~~ | 375.00 |
| 04/20/15 | REVIEWING DEFENDANTS' ANSWERS | 1 ~~2.00~~ | 750.00 |
| 04/28/15 | REVIEWING DEFENDANTS' INITIAL DISCLOSURE | 0.50 | 187.50 |
| 04/29/15 | PLAINTIFF'S INITIAL DISCLOSURE | 1 ~~3.00~~ | 1125.00 |
| 05/13/15 | PREPARATION FOR INITIAL CONFERENCE | ~~2.00~~ | 750.00 |
| 05/14/15 | INITIAL CONFERENCE | 1.00 | 375.00 |
| 07/28/15 | RESPONSES TO INTERROGATORIES | 2.00 | 750.00 |
| 07/28/15 | RESPONSES TO DOCUMENT REQUESTS | ~~3.00~~ | 1125.00 |
| 07/29/15 | CONFERENCE WITH CLIENT RE: INTERROGATORIES | ~~1.00~~ | 375.00 |
| 07/29/15 | RESPONSES TO DOCUMENT REQUESTS | 2 ~~3.00~~ | 1125.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 07/30/15 | RESPONSES TO INTERROGATORIES | ~~3.00~~ | 1125.00 |
| 07/31/15 | RESPONSES TO INTERROGATORIES | ~~1.00~~ | 375.00 |
| 08/03/15 | RESPONSE TO DOCUMENT REQUESTS- AUTHORIZATIONS | ~~2.00~~ | 750.00 |
| 08/05/15 | PLAINTIFF'S FIRST DOCUMENT REQUESTS | 2 ~~3.00~~ | 1125.00 |
| 08/11/15 | 1ST SUPPLEMENTAL RESPONSE TO DOCUMENT REQUEST | ~~3.00~~ | 1125.00 |
| 08/11/15 | REVIEW & RESPONSE TO DEFS' LETTER OF 08/05/15 | 1.00 | 375.00 |
| 08/25/15 | CONFERENCE WITH CLIENT RE: PROPOSED RULE 68 | 0.50 | 187.50 |
| 09/11/15 | PREPARATION FOR STATUS CONFERENCE | ~~1.00~~ | 375.00 |
| 09/11/15 | STATUS CONFERENCE | 0.25 | 93.75 |
| 10/23/15 | RESPONSE TO LETTER RE: PL'S MEDICAL TREATMENT | 0.50 | 187.50 |
| 11/02/15 | REVIEW OF DEFENDANTS' DOCUMENTS 00138 - 00410 | ~~2.50~~ | 937.50 |
| 11/06/15 | REVIEW OF DEFENDANTS' DOCUMENTS 00629 | ~~2.50~~ | 937.50 |
| 11/09/15 | REVIEW OF DEFENDANTS' DOCUMENTS 00630 - 00844 | ~~3.50~~ | 1312.50 |
| 11/10/15 | REVIEW OF DEFS' RESPONSES & OBJECTIONS TO PLAINTIFF'S DOCUMENTS REQUESTS | 2 ~~4.00~~ | 1500.00 |
| | | (21) ~~65.50~~ | ~~$24,562.50~~ |
| | | | $6300.00 |

PROFESSIONAL FEES AND COSTS:

| | |
|---|---|
| COMPLAINT | 210.00 |
| SERVICE OF COMPLAINTS | 111.30 |
| | $321.30 |

TOTAL   ~~$24,883.80~~

$6621.30